## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SALVADOR*, et al.*,

          *Plaintiffs,*

   v.

SESSIONS, *et al.*,

          *Defendants.*

CIVIL ACTION
NO. 18-01608

## MEMORANDUM

**AND NOW**, this 9th day of April, 2019, upon consideration of Defendants'

Motion for Summary Judgment, (ECF No. 8), Petitioners' Response, (ECF No. 9),

Defendants' Reply, (ECF No. 10), and after hearing oral argument, (ECF No. 14), it is

hereby **ORDERED** that the motion is **GRANTED** and judgment is entered for the

Defendants.

                            BY THE COURT:


                            ***/s/ Gerald J. Pappert***
                            GERALD J. PAPPERT, J.